IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SUMMER KERR,

    Plaintiff,

v.                        CV 415-147

MCS RECRUITMENT LLC and STUART ROBERTSON,

    Defendants.

**O R D E R**

Presently before the Court is the parties' Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). (Doc. 9.) Accordingly, the Court **DISMISSES WITH PREJUDICE** all claims asserted in this matter. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own fees, expenses, and costs.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of July, 2015.

                      HONORABLE J. RANDAL HALL
                      UNITED STATES DISTRICT JUDGE
                      SOUTHERN DISTRICT OF GEORGIA